# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-2415

_____

United States of America

*Plaintiff - Appellee*

v.

Selica Jane Fender

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of North Dakota - Fargo

_____

Submitted: April 1, 2019
Filed: April 23, 2019
[Unpublished]

_____

Before BENTON, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Selica Fender appeals from the sentence the District Court[1] imposed after she pleaded guilty to a drug offense.  Her counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967).

Counsel argues that the District Court erred in denying safety-valve relief under 18 U.S.C. § 3553(f).  We reject this argument because we conclude that Fender failed to establish that she qualified for the relief sought.  See United States v. Guerra-Cabrera, 477 F.3d 1021, 1025 (8th Cir. 2007) (stating that defendants must establish that they qualify for safety-valve relief).

We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and we have identified no non-frivolous issues for appeal.  We grant counsel's motion to withdraw, and we affirm.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, sitting by designation.